

# Superior Court of the District of Columbia
## CIVIL DIVISION
### Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Avoncinna Rakoczy, appearing in propia persona as Trustee of the Avoncinna living trust, Petitioner

**Plaintiff**

vs.

Jeanine Ferris Pirro, appearing in her private and fiduciary capacity as a Constructive trustee and attorney general for the district of Columbia

**Defendant**

Case Number: 2025-CAB-006594

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Avoncinna Rakoczy plaintiff in propria persona
_____
Name of Plaintiff's Attorney

c/o 3808 BlackBerry cir st Cloud Florida
_____
Address

484-878-0066
_____
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828   Veuillez appeler au (202) 879-4828 pour une traduction   Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주십시요   ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

**IMPORTANT:** IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME*.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

Civil Division
DEC 5 2025
US Attorney's Office DC

CV-3110 [Rev. June 2017]                                                                                          Super. Ct. Civ. R. 4

Superior Court of the District of Columbia
Equity – Civil Division

---

Avoncinna Rakoczy,
appearing in propria persona as Trustee and Real Party in Interest
for the Avoncinna Living Trust,
Petitioner,
v. Case No. 2025-CAB-6494
Chancellor: Julie H. Becker

Pamela Bondi,
appearing in private and fiduciary capacity as a Constructive Trustee
and Attorney General for the United States
950 Pennsylvania Ave NW, Washington, DC 20530;

Scott Bessent,
appearing in private and fiduciary capacity as a Constructive Trustee
and Secretary of the Treasury
1500 Pennsylvania Ave NW, Washington, DC 20220;

Jeanine Ferris Pirro,
appearing in private and fiduciary capacity as a Constructive Trustee
and United States Attorney for the District of Columbia
601 D Street NW, Washington, DC 20530,

Respondents.

---

Amended Petition in Equity for Declaratory Relief
against Constructive Trustees Acting in Private and Fiduciary Capacities

---

The Petitioner, Avoncinna Rakoczy, appearing in propria persona as Trustee and Real Party in Interest for the Avoncinna Living Trust ("the Trust"), respectfully files this Amended Petition in Equity pursuant to the Court's Order of October 23, 2025, permitting amendment as a matter of right under Rule 15(a)(1).

All affidavits, exhibits, and supporting instruments referenced herein are already filed with this Court and incorporated by reference. No new factual allegations are presented; this Petition seeks only declaratory clarification, ministerial acknowledgment, and equitable preservation of the existing record.

---

I. INTRODUCTION

This matter arises in equity. The Avoncinna Living Trust requests that this Court take judicial

notice of the perfected record already filed, confirm that the record stands unrebutted, and provide equitable certification ensuring that no party leaves this Court without a remedy.

The relief sought is purely equitable and ministerial, intended to preserve the conscience of fiduciary duty in accordance with the maxims of equity.

## II. PARTIES

1. Petitioner Avoncinna Rakoczy appears in propria persona as Trustee and Real Party in Interest for the Avoncinna Living Trust, seeking equitable declaration and preservation of perfected interests.

2. Respondent Pamela Bondi is named in her private and fiduciary capacity as a Constructive Trustee presently serving as Attorney General for the United States.

3. Respondent Scott Bessent is named in his private and fiduciary capacity as a Constructive Trustee presently serving as Secretary of the Treasury.

4. Respondent Jeanine Ferris Pirro is named in her private and fiduciary capacity as a Constructive Trustee and United States Attorney for the District of Columbia.

5. Each Respondent is joined solely in individual and fiduciary capacity as a Constructive Trustee for property held or administered under color of office. No relief is sought against the United States or the District of Columbia as sovereign entities.

## III. JURISDICTION AND VENUE

1. This Court, sitting in equity, has jurisdiction to hear matters involving constructive trusts, fiduciary obligations, and administration of equitable property under D.C. Code §11-921(a).

2. Venue is proper in the District of Columbia because the acts and administrative control of the subject property occurred within this jurisdiction.

3. In Personam Equity Clause:
   This Court proceeds in personam and acts upon the conscience of each Respondent in private and fiduciary capacity. Equity's jurisdiction extends to compel performance of duties arising in conscience where property or rights are wrongfully retained under color of office.

## IV. NATURE OF THE ACTION

This Petition seeks declaratory and ministerial relief. It requests that the Court declare the record complete and unrebutted, bind the conscience of each Constructive Trustee, and certify the perfected record to the appropriate federal authorities for acknowledgment and fiduciary performance.

## V. FACTUAL BACKGROUND

1. The Trust has filed affidavits and instruments establishing its perfected equitable interests. These filings are of record and unrebutted.

2. The Court's Order of October 23, 2025, confirmed Petitioner's right to amend. This filing clarifies and preserves that record in equity.

3. The record demonstrates that Respondents received lawful notice and now stand in constructive trust for the property described below.

## VI. EQUITABLE PRINCIPLES AND AUTHORITY

1. Under D.C. Code §11-921(a), this Court has original jurisdiction in law and equity.

2. Equity acts upon the person and binds conscience (Ex parte Young, 209 U.S. 123 (1908); United States v. Lee, 106 U.S. 196 (1882)).

3. Equity regards as done that which ought to be done and will not suffer a wrong without a remedy.

4. Where officials retain property under color of office, the Court may compel fiduciary performance in personam without offending sovereign immunity.

## VII. SPECIFIC PERFORMANCE IN EQUITY

Petitioner prays that the Court, sitting as Chancellor, bind the conscience of each Respondent and compel performance of fiduciary duties as Constructive Trustees:

1. Acknowledge receipt of instruments belonging to the Avoncinna Living Trust;

2. Account for any property or proceeds held under color of office that belong in equity to the Trust;

3. Perform all ministerial acts necessary to restore the property to its lawful fiduciary administration; and

4. Certify to this Court that the acts have been completed in good faith and according to the maxims of equity.

## VIII. RELIEF REQUESTED

Petitioner respectfully prays that the Court:

1. Take judicial notice of the unrebutted record;

2. Declare the Avoncinna Living Trust to have perfected its equitable interests;

3. Declare Respondents to stand as Constructive Trustees in private fiduciary capacity;

4. Compel the fiduciary acts described above; and

5. Enter the Referral and Certification Order attached hereto as Exhibit A.

_____

IX. TRUST PROPERTY IDENTIFIED IN RECORD (SCHEDULE A SUMMARY)

1. The property held or administered under color of office and claimed in equity by the Avoncinna Living Trust includes without limitation:

   a. All instruments, certificates, bonds, and proceeds arising from case number 1:19-cr-00193 (S.D.N.Y.) and all property traceable thereto;

   b. All GSA bonds, equivalent instruments, and proceeds held in custody of federal or district officers under color of office;

   c. All digital assets, cryptographic accounts, monetary equivalents, and tangible or intangible property identified in the Trust's affidavits of record;

   d. All biometric and intellectual property elements (DNA, RNA, fingerprints, digital records, and creative works) recognized in the Trust's administrative filings.

   f. Declaration of Fiduciary Obligation (Nominal Value – $2.55 Billion USD):
   The filings of record establish that a perfected fiduciary obligation exists in the nominal sum of
   Two Billion Five Hundred Fifty Million United States Dollars (USD 2.55 B) arising from claims,
   filings, secured interests and affidavits already before this Court.

   Petitioner does not request a money judgment or damages from this Court but respectfully seeks judicial acknowledgment and certification that this obligation forms part of the equitable
   corpus of the Avoncinna Living Trust, standing against the United States and its officers in constructive-trust capacity.

   Petitioner further requests that such acknowledgment be included in the certified record transmitted for ministerial notice to the appropriate federal authorities, preserving the trust's perfected rights without disturbing this Court's equitable jurisdiction.

2. Said property constitutes the equitable corpus of the Avoncinna Living Trust and is presently retained under color of official authority. Each Respondent, as Constructive Trustee, is bound in conscience to return, release, or account for such property according to fiduciary duty.

3. Petitioner does not seek monetary judgment or coercive order against the sovereign, but equitable recognition and transmission of record confirming the Trust's perfected ownership and fiduciary entitlement.

---

X. MAXIMS OF EQUITY

- Equity regards as done that which ought to be done.
- Equity will not suffer a wrong without a remedy.
- Equity acts in personam and binds conscience.
- Equity regards substance over form.
- No one leaves the Court of Chancery without a remedy.

---

Respectfully submitted,

*[signature]*

Avoncinna Rakoczy
appearing in propria persona as Trustee and Real Party in Interest
for the Avoncinna Living Trust
Date: 12-2-2025

---

Certificate of Service (Intent to Serve)

Petitioner hereby certifies that upon acceptance of this Amended Petition for filing by the Clerk of Court, copies of the Petition, Summons and attached Proposed Order will be served to each Respondent at their official addresses in Washington, D.C., within the time required by law.

Avoncinna Rakoczy
Date: 12-2-2025